FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:25-CR-00015-MKD-1 |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR DOWNWARD DEPARTURE AND/OR VARIANCE |
| v. | |
| ROLAND DEWAYNE SANDERS, | **ECF No. 45** |
| Defendant. | |

On November 5, 2025, the Court held a sentencing hearing in this matter. Defendant was present in custody and was represented by David Miller. AUSA Caitlin Baunsgard represented the United States.

Defendant filed a Motion for Motion for Downward Departure and/or Variance, ECF No. 45. For the reasons stated on the record when imposing sentencing, the Court denies the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Motion for Downward Departure and/or Variance, **ECF No. 45**, is **DENIED**.

ORDER - 1

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshals Service.

DATED November 5, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2